UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH A. STALLARD,

    *Plaintiff,*

v.

GOLDMAN SACHS GROUP, INC., *et al.*,

    *Defendants.*

Case: 1:20-cv-02703 JURY DEMAND
Assigned To : Walton, Reggie B.
Assign. Date : 9/18/2020
Description: Pro Se Gen. Civ. (F-DECK)

## MOTION FOR CM/ECF USER NAME AND PASSWORD

Under Local Civil Rule 5.4(b)(2), Plaintiff Joseph A. Stallard (*pro se*) moves this Court for leave to obtain a CM/ECF user name and password for electronic filing for the above captioned case. In support of this motion, Plaintiff Stallard submits the following certification.

I, Joseph A. Stallard, certify as follows:

1. I have a desktop computer with high speed cable internet access. I confirm the capacity to file documents and receive filings electronically on a regular basis.

2. I certify that I have successfully completed the entire Clerk's Office on-line tutorial.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 18, 2020.

_____
Joseph A. Stallard
13450 Farmcrest Ct. Apt 636
Herndon, VA 20171
(703) 310-7049

RECEIVED
Mail Room
SEP 18 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia