UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. STALLARD,<br><br>    Plaintiff,<br><br>        v.<br><br>GOLDMAN SACHS GROUP, INC.,<br>GOLDMAN SACHS & CO., LLC, and<br>VOODOO SAS,<br><br>    Defendants. | No. 1:20-cv-02703-RBW |

**NOTICE OF ERRATUM**

    Defendant Voodoo SAS respectfully serves this Notice of Erratum to advise the Court that, after filing its Reply Brief in Support of its Motion to Dismiss (ECF No. 37), Plaintiff communicated to Voodoo that (although he did not so state in his opposition brief) the logo he asserts as infringing his trademark differed from the one currently in use by Voodoo and depicted in its briefing. Voodoo accepts Plaintiff's averment as true for purposes of its motion to dismiss, and so attached hereto as Exhibit A a corrected Reply Brief with the logo Plaintiff states is at issue, and a redline marking the correction as Exhibit B. As reflected therein, Voodoo believes the slight differences between its alleged prior logo and its current logo do not change the substance of any of its arguments or the applicable legal analysis.

    Respectfully submitted this 11th day of March, 2022.

/s/ Keith Levenberg

| | |
|---|---|
| Keith Levenberg (#1007558)<br>GOODWIN PROCTER LLP<br>1900 N St., N.W.<br>Washington, D.C. 20036<br>Tel.: (202) 346-4000<br>Fax: (202) 346-4444 | Douglas H. Flaum (#NY0363)<br>GOODWIN PROCTER LLP<br>620 Eighth Ave.<br>New York, N.Y. 10018<br>Tel.: (212) 813-8800<br>Fax: (212) 355-3333 |

klevenberg@goodwinlaw.com               DFlaum@goodwinlaw.com

*Counsel for Defendant Voodoo SAS*

## CERTIFICATE OF SERVICE

I hereby certify that this 11th day of March, 2022, I caused a copy of the foregoing document to be served on all counsel of record via ECF.

/s/ Keith Levenberg