UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH A. STALLARD, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 20-2703 (RBW) |
| GOLDMAN SACHS GROUP, INC., <u>et al.</u>, ) | |
| Defendants. ) | |

### ORDER

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Motion by Defendants Goldman Sachs Group, Inc. and Goldman Sachs & Co., LLC to Dismiss the Complaint, ECF No. 13, is **GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART**. The motion is **GRANTED** to the extent the defendants seek dismissal of the plaintiff's RICO and antitrust claims. The motion is **DENIED WITHOUT PREJUDICE** in all other respects. It is further

**ORDERED** that the Motion by Defendant Voodoo SAS to Dismiss the Complaint, ECF No. 34, is **GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART**. The motion is **GRANTED** to the extent the defendant seeks dismissal of the plaintiff's RICO and antitrust claims. The motion is **DENIED WITHOUT PREJUDICE** in all other respects. It is further

**ORDERED** that the Plaintiff's Motion for Sanctions, ECF No. 39, is **DENIED WITHOUT PREJUDICE**. It is further

**ORDERED** that the Clerk of the Court shall forthwith **TRANSFER** the case file to the United States District Court for the Eastern District of Virginia. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 27th day of November, 2024.

                                                        REGGIE B. WALTON
                                                        United States District Judge